LOVELAND PADDOCK, Respondent, v. FRANK S. PADDOCK and Another, Appellants, Impleaded with OLIVE A. PADDOCK, Respondent, and Others, Defendants.— Interlocutory judgment affirmed, with costs.  All concur.

THOMAS COSGROVE, Appellant, v. DELAWANDA DEVELOPMENT COMPANY, INC., and Another, Respondents.— Judgment of Special Term reversed and judgment of City Court affirmed, with costs of this appeal and in the Special Term to the plaintiff.  Held, *First.* That the plaintiff made out a case for damages for breach of the covenant contained in the contract. *Second.* That the City Court adopted a proper measure of damages.  (See *King* v. *Hudson River Realty Co.,* 141 App. Div. 346; *Pollock* v. *Queens Land & Title Co.,* 147 id. 571.)  All concur.

In the Matter of the Appraisal of the Estate of EDMUND LYON, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; WILLIAM W. CHAPIN and Another, as Executors, etc., Respondents.— Order reversed, with costs, and matter remitted to the Surrogate's Court for further proceedings, upon the authority of *Matter of Moebus* (178 App. Div. 709) and *Matter of Beresford* (183 id. 947).  All concur, except Davis, J., who dissents upon the ground that the estate by the entirety became vested in Carolyn . H. T. Lyon prior to the enactment of chapter 323 of the Laws of 1916, amending subdivision 7 of section 220 of the Tax Law,* and that there has been no transfer of title or interest to her subsequent to said act; that the assessment of such a tax would be a tax on property and not on the right of succession or the method of acquisition; and that the act was not intended to apply to estates by the entirety acquired and vested before the law took effect.  (See *Stelz* v. *Shreck,* 128 N. Y. 263; *Hiles* v. *Fisher,* 144 id. 306; *Matter of Pell,* 171 id. 48; *Matter of Vanderbilt,* 172 id. 69; *Matter of Lansing,* 182 id. 238; *Matter of Klatzl,* 216 id. 83; *Matter of McKelway,* 221 id. 15.)

GAETANO LIMINA, Respondent, v. CHARLES SMITH, as Sheriff of Niagara County, and Others, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted.  Held, that, as appears by the complaint, no part of the cause of action as against the sheriff and the district attorney arose in the county of Orleans, but wholly within the county of Niagara, of which they were officers.  The same having been done by virtue of their office, they are entitled to have the trial in their county.†  All concur, except Clark and Davis, JJ., who dissent.

JOHN M. FARLEY, Respondent, v. WALKER D. HINES, Director-General of Railroads, and of the NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs.  All concur.

---

* Added by Laws of 1915, chap. 664, as amd. by Laws of 1916, chap. 323, and Laws of 1919, chap. 626.— [REP.

† See Code Civ. Proc. § 983; now Civ. Prac. Act, § 184.— [REP.